UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20864-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

ALAIN ARTILES,

          **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED REPORT
## REGARDING FINAL RESTITUTION AMOUNT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and informs this Court as follows regarding the restitution amount in this case.

1. On June 5, 2014, the Defendant in the above-referenced case was sentenced by this Court to seventy months' imprisonment and three years' supervised release (DE: 33).

2. As indicated in the factual proffer and Pre-Sentence Investigation Report, the Defendant took a total of $4,358 in U.S. currency from Bayonne Community Bank and HSBC Bank (DE: 23, 26 ¶¶ 5-6, 8-9).

3. Prior to sentencing, the U.S. Probation Officer assigned to this case, Marilys S. Martinez, sent loss affidavits to the victim tellers at those banks inquiring about any losses they may have suffered in addition to the $4,358 (DE: 26 ¶ 9).

4. Officer Martinez did not receive responses from those tellers prior to sentencing, and so this Court deferred the issue of restitution and scheduled a restitution hearing for September 8, 2014, at 9:30 a.m.

5. In advance of the restitution hearing, the Government conferred with Officer Martinez about the outstanding loss affidavits, and she reports that, to date, she has not received any responses from those tellers.

6. Accordingly, the Government believes that the proper restitution amount in this case is the $4,358 in U.S. currency that was taken by the Defendant from the two banks. The Defendant agreed to the $4,358 figure in the factual proffer—$2,412 taken from Bayonne Community Bank and $1,946 from HSBC Bank—and did not object to that amount in the Pre-Sentence Investigation Report.

7. The Government has conferred with counsel for the Defendant, Aimee Ferrer, and she has reported no objection to $4,358 being the final restitution amount.

8. In light of the parties' agreement on the restitution amount, this Court may determine that the restitution hearing scheduled for September 8, 2014, is unnecessary.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:    s/ Aileen M. Cannon
        AILEEN M. CANNON
        Florida Bar. No. 0101484
        99 N. E. 4th Street
        Miami, Florida  33132-2111
        TEL (305) 961-9002
        FAX (305) 530-7976
        aileen.cannon@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on August 1, 2014.

                /s/ Aileen M. Cannon_____
                Assistant United States Attorney